**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Reynaldo Zamora V. The State of Texas

Appellate case number:   01-15-00367-CR

Trial court case number: 87-0140

Trial court:             22nd District Court of Hays County

Date motion filed:       6/16/16

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: _____/s/ Michael Massengale_____
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Higley, Bland, and Massengale

Date: _____July 14, 2016_____